

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ALEJANDRO HERNANDEZ JR., | | No. 08-25-00188-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No 3 |
| | § | |
| ALEJANDRO RAMON FERNANDEZ, JR., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2025-CCV00456) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 11th day of August 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.